15 So.2d 919
**Lee F. DODD v. Azzy WELBORN et al.**
**6 Div. 142.**

Supreme Court of Alabama.
Nov. 23, 1943.

PER CURIAM.
Appeal dismissed, want of prosecution.

15 So.2d 919
**W. M. FAUST, Jr., Guardian, v. Mae A.**
**SMITH.**
**4 Div. 292.**

Supreme Court of Alabama.
Nov. 4, 1943.

PER CURIAM.
Appeal dismissed, want of prosecution.

15 So.2d 919
**Nicholas Del GATTO et al. v. STATE.**
**6 Div. 180.**

Supreme Court of Alabama.
Dec. 2, 1943.

Reuben H. Wright and E. W. Skidmore, both of Tuscaloosa, for appellants.
Wm. N. McQueen, Acting Atty. Gen., for appellee.

PER CURIAM.
Appeal dismissed, motion of appellants.

15 So.2d 919
**Carrie Lillian GILLILAND v. Roy**
**GILLILAND.**
**7 Div. 766.**

Supreme Court of Alabama.
Nov. 5, 1943.

PER CURIAM.
Appeal dismissed, motion of appellant.

17 So.2d 182
**Ex parte Le Roy HARRIS.**
**8 Div. 255.**

Supreme Court of Alabama.
Jan. 20, 1944.

Russell W. Lynne, of Decatur, for petitioner.

PER CURIAM.
Rule nisi denied; petition dismissed.

17 So.2d 182
**Flossie HAWKINS v. Flur Monroe**
**HAWKINS.**
**8 Div. 272.**

Supreme Court of Alabama.
Jan. 13, 1944.

PER CURIAM.
Appeal dismissed, motion of appellant.